IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MARIO ANDJUAN PEEPLES,** : | |
| : | |
| Plaintiff, : | |
| : | |
| vs. : | **CIVIL ACTION 09-00587-CG-N** |
| : | |
| **UNITED STATES JUSTICE** : | |
| **DEPARTMENT,** : | |
| : | |
| Defendant. : | |

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** without prejudice.

**DONE and ORDERED** this 1st day of December, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE